...LS OF TEXAS
...AS 78711

*A T W*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE

PITNEY BOWES

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.26⁵

NOV 18 2014

WR-82,433-01

**11/10/2014**
**STIERS, DONALD CHASE**    Tr. Ct. No. 1437033-A
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

DD: #1C

72
+ 5

DONALD CHASE STIERS
#1954570
Harris County
1200 Ba...
Housto...

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE